# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TONY HUYNH,

Defendant.

Case No. CR04-257-MJP

**DETENTION ORDER**

Defendant pled guilty to conspiracy to distribute marijuana after being released on an appearance bond. On October 29, 2004, defendant failed to appear for sentencing and a warrant for his arrest was issued. On February 27, 2012 defendant was arrested. The Court conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and found that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

In view of the history of this case, defendant stipulated to detention. Given defendant's failure to appear for sentencing defendant's appearance bond and release order is revoked.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending sentencing and committed to the custody of

DETENTION ORDER - 1

the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of March, 2012.

DEAN BRETT
United States Magistrate Judge